**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES W. MENEFIELD, | ) | NO. CV 23-3812-PA(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Third Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: August 29, 2023.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE